# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| OAKWIND LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:17-CV-798 |
| MARKEL INSURANCE COMPANY, § | |
| EVANSTON INSURANCE COMPANY, § | |
| MARKEL SERVICE, INC., AND JASON § | |
| WESLEY WHITWORTH, § | |
| § | |
| Defendants. | |

## INDEX OF DOCUMENTS BEING FILED

1. Defendant Evanston Insurance Company's Notice of Removal ("Notice of Removal")

2. Index of Documents Being Filed (this document) (attached as **Exhibit A** to Notice of Removal)

3. State Court Docket Sheet (attached as **Exhibit B** to Notice of Removal)

4. Plaintiff's Original Petition (attached as **Exhibit C** to Notice of Removal) (filed August 31, 2017)

5. Defendants' Original Answer to Plaintiff's Original Petition (attached as **Exhibit D** to Notice of Removal) (filed September 29, 2017)

6. Defendant Evanston Insurance Company's Certificate of Interested Persons and Rule 7.1 Disclosure Statement (attached as **Exhibit E** to Notice of Removal)