# EXHIBIT "B"



Civil - Case and Transaction Information                                                         **10/4/17 10:54 AM**

| Cause Number: | 017-294389-17 | | | Date Filed: 08-31-2017 |
| --- | --- | --- | --- | --- |
| | OAKWIND LTD. | \| VS \| | MARKEL INSURANCE COMPANY, ET AL | |
| Cause of Action: | OTHER CIVIL, OTHER | | | |
| Case Status: | PENDING | | | |

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
| --- | --- | --- | --- | --- | --- |
| 08-31-2017 | PLTF'S ORIG PET | N | I | 284.00 | |
| 08-31-2017 | COURT COST (PAID) trans #1 | Y | | | 284.00 |
| 08-31-2017 | CIVIL INFO SHEET | | | | 0.00 |
| 08-31-2017 | SVC REQ FORM | | I | | 0.00 |
| 08-31-2017 | SVC REQ FORM (2) | | I | | 0.00 |
| 08-31-2017 | CIT Cert Mail-ISSUED ON MARKEL INSURANCE COMPANY-On 09/05/2017 | N | Svc | 83.00 | |
| 08-31-2017 | CIT Cert Mail-ISSUED ON EVANSTON INSURANCE COMPANY-On 09/05/2017 | N | Svc | 83.00 | |
| 08-31-2017 | CIT Cert Mail-ISSUED ON MARKEL SERVICE INC-On 09/05/2017 | N | Svc | 83.00 | |
| 08-31-2017 | CIT Cert Mail-ISSUED ON JASON WESLEY WHITWORTH-On 09/05/2017 | N | Svc | 83.00 | |
| 08-31-2017 | COURT COST (PAID) trans #9 | Y | | | 83.00 |
| 08-31-2017 | COURT COST (PAID) trans #8 | Y | | | 83.00 |
| 08-31-2017 | COURT COST (PAID) trans #7 | Y | | | 83.00 |
| 08-31-2017 | COURT COST (PAID) trans #6 | Y | | | 83.00 |
| 08-31-2017 | COPIES - ELECTRONIC (SENT TO DP) | N | | 199.00 | |
| 08-31-2017 | COURT COST (PAID) trans #14 | Y | | | 199.00 |
| 08-31-2017 | JURY FEE | N | | 40.00 | |
| 08-31-2017 | COURT COST (PAID) trans #16 | Y | | | 40.00 |
| 09-12-2017 | CIT Cert Mail Tr# 6 RET EXEC(MARKEL INSURANCE COMP ANY) On 09/07/2017 | | I | | 0.00 |
| 09-12-2017 | CIT Cert Mail Tr# 8 RET EXEC(MARKEL SERVICE INC) O n 09/07/2017 | | I | | 0.00 |
| 09-12-2017 | CIT Cert Mail Tr# 7 RET EXEC(EVANSTON INSURANCE CO MPANY) On 09/07/2017 | | I | | 0.00 |
| 09-12-2017 | CIT Cert Mail Tr# 9 RET EXEC(JASON WESLEY WHITWORT H) On 09/07/2017 | | I | | 0.00 |
| 09-18-2017 | LTR FROM TX DEPT INSURANCE TO ATTY WORRALL | | I | | 0.00 |
| 09-22-2017 | REQ FOR CITATION BY CERT MAIL | | I | | 0.00 |
| 09-22-2017 | COPIES - ELECTRONIC | N | | 28.00 | |
| 09-22-2017 | COURT COST (PAID) trans #24 | Y | | | 28.00 |

Case 4:17-cv-00798-O   Document 1-2   Filed 10/05/17   Page 3 of 3   PageID 15

| Date | Description | | | Amount | |
|---|---|---|---|---|---|
| 09-22-2017 | CITATION | V A | Svc | 8.00 | |
| 09-22-2017 | COURT COST (PAID) trans #26 | Y | | | 8.00 |
| 09-22-2017 | SERVICE FEE, SUBSEQUENT CERTIFIED MAIL | V A | Svc | 75.00 | |
| 09-22-2017 | COURT COST (PAID) trans #28 | Y | | | 75.00 |
| 09-29-2017 | DEFNS' ORIG ANS W/ AFFIRMATIVE & OTHER DEFENSES TO PLTF'S ORIG PETITION | I | | | 0.00 |
| 10-03-2017 | CITATION Tr# 26 | V A | Svc | -8.00 | |
| 10-03-2017 | SERVICE FEE, SUBSEQUENT CERTIFIED MAIL Tr# 28 | V A | Svc | -75.00 | |
| 10-03-2017 | CIT Cert Mail-ISSUED ON MARKEL INSURANCE COMPANY-On 10/03/2017 | N A | Svc | 83.00 | |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster